# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG, | |
|     Petitioner, | 2:12-cv-00524-JCM-RJJ |
| vs. | |
| BRIAN WILLIAMS, *et al.,* | **ORDER** |
|     Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On May 18, 2012, the court denied petitioner's motion to proceed *in forma pauperis* and required him to pay the $5.00 filing fee for this action. (ECF No. 4.) Petitioner informs the court that he no longer has sufficient funds to pay the filing fee at this time. (ECF No. 5.)

**IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30) days** from the date this order is **ENTERED** in which to either: (1) submit a new motion to proceed *in forma pauperis* demonstrating that he is unable to pay the filing fee, or (2) submit the $5.00 filing fee for this action. Petitioner's failure to comply with this order may result in the dismissal of this action.

1 | The clerk is directed to **RETAIN** the petition but not file it at this time.

2 |       **IT IS FURTHER ORDERED** that the clerk shall send to petitioner a new motion

3 | for leave to proceed *in forma pauperis* form and instructions therefor.

6 |       DATED July 30, 2012.

8 |                     */s/ James C. Mahan*
                      UNITED STATES DISTRICT JUDGE