UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> BRIAN WILLIAMS, *et al.,* ) <br> ) <br> Respondents. ) <br> / | 2:12-cv-00524-JCM-RJJ <br><br> **ORDER** |

     This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On May 18, 2012, the court denied petitioner's motion to proceed *in forma pauperis* and required him to pay the $5.00 filing fee for this action. (ECF No. 4.) Petitioner informs the court that he no longer has sufficient funds to pay the filing fee at this time. (ECF No. 5.)

     **IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30) days** from the date this order is **ENTERED** in which to either: (1) submit a new motion to proceed *in forma pauperis* demonstrating that he is unable to pay the filing fee, or (2) submit the $5.00 filing fee for this action. Petitioner's failure to comply with this order may result in the dismissal of this action.

1  The clerk is directed to **RETAIN** the petition but not file it at this time.

2      **IT IS FURTHER ORDERED** that the clerk shall send to petitioner a new motion
3  for leave to proceed *in forma pauperis* form and instructions therefor.

6      DATED July 30, 2012.

                      /s/ James C. Mahan
                UNITED STATES DISTRICT JUDGE