# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANNY ANDREW YOUNG,  )
                    )
    Petitioner,   )   2:12-cv-00524-JCM-RJJ
                    )
vs.                 )
                    )   **ORDER**
BRIAN WILLIAMS, *et al.,*  )
                    )
    Respondents.  )

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On July 30, 2012, the court issued an order requiring petitioner to submit either the $5.00 filing fee or a fully-completed application to proceed *in forma pauperis*. (ECF No. 7.) Petitioner has failed to comply with the court's order. The court expressly cautioned petitioner in its July 30, 2012 order that his failure to comply could result in dismissal of this action.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this court's order of July 30, 2012. The clerk shall **ENTER JUDGMENT** accordingly.

Dated March 1, 2013.

_____
UNITED STATES DISTRICT JUDGE