1

2

3

4

5

6              **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9   DANNY ANDREW YOUNG,

10            Petitioner,                    Case No. 2:12-cv-00524-JCM-RJJ

11   vs.                                     **ORDER**

12   BRIAN WILLIAMS, et al.,

13            Respondents.

14

15          Before the court is petitioner's motion for reconsideration (#11). The court finds that there

16   is good cause to reinstate the action.

17          At first, the court denied petitioner's application to proceed in forma pauperis (#1) because it

18   appeared that he could pay the filing fee of $5.00. Order (#4). Instead of paying the fee, petitioner

19   sent a letter and filed another, incomplete application to proceed in forma pauperis (#6). On July

20   30, 2012, the court directed petitioner to file a complete application or to pay the filing fee. Order

21   (#7). Petitioner did not comply with that order, and the court dismissed the action. Order (#9).

22          Documents attached to the motion for reconsideration (#11) show that petitioner did not

23   receive the court's order of July 30, 2012 (#7). The court will reinstate the action. Petitioner will

24   need to provide an application to proceed in forma pauperis or to pay the filing fee before the action

25   can proceed any further.

26          IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#11) is

27   **GRANTED**. The order (#9) and judgment (#10) dismissing this action are **VACATED**. This

28   action is **REINSTATED**.

1        IT IS FURTHER ORDERED petitioner shall file an application for leave to proceed <u>in</u>

2 <u>forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account.

3 The clerk of the court shall send petitioner a blank application form for incarcerated litigants.  In the

4 alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars

5 ($5.00), accompanied by a copy of this order.  Petitioner shall have thirty (30) days from the date

6 that this order is entered to comply.  Failure to comply will result in the dismissal of this action.

7        DATED:   March 25, 2014.

8

9                         _____

                        JAMES C. MAHAN

10                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28