# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANNY ANDREW YOUNG,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00524-RFB-NJK

**ORDER**

Respondents having filed a motion for extension of time (second request) (ECF No. 40), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 40) is **GRANTED**. Respondents will have through August 1, 2016, to file and serve an answer.

DATED: July 8, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge