# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

DANNY ANDREW YOUNG,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00524-RFB-NJK

**ORDER**

    Respondents having filed a motion for extension of time (fourth request) and motion for late filing (ECF No. 44), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (fourth request) and motion for late filing (ECF No. 44) is **GRANTED**. Respondents will have through September 12, 2016, to file and serve an answer.

    IT IS FURTHER ORDERED that the respondents' previous motion for extension of time (first request) (ECF No. 39) is also **GRANTED.**

    DATED: September 2, 2016.

RICHARD F. BOULWARE, II
United States District Judge