UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:12-cv-00524-RFB-NJK<br><br>**ORDER** |

    Respondents having filed an unopposed motion for extension of time (fifth request) (ECF No. 46), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time (fifth request) (ECF No. 46) is **GRANTED**.  Respondents will have through September 26, 2016, to file and serve an answer.

    DATED: September 14, 2016.

                                                               _____<br>
                                                               RICHARD F. BOULWARE, II<br>
                                                               United States District Judge