# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANNY ANDREW YOUNG,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00524-RFB-NJK

**ORDER**

    Petitioner having filed an unopposed motion for extension of time to file reply to answer (ECF No. 53), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to file reply to answer (ECF No. 53) is **GRANTED**.  Petitioner will have through January 24, 2017, to file a reply to the answer (ECF No. 50).

    DATED: 11/28/16.

RICHARD F. BOULWARE, II
United States District Judge