1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**

7                **DISTRICT OF NEVADA**

8

9   DANNY ANDREW YOUNG,

10          Petitioner,                                Case No. 2:12-cv-00524-RFB-NJK

11   vs.                                               **ORDER**

12   BRIAN WILLIAMS, et al.,

13          Respondents.

14

15          Petitioner having filed an unopposed motion for extension of time to file reply to answer (second

16   request) (ECF No. 55), and good cause appearing;

17          IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to file

18   reply to answer (second request) (ECF No. 55) is **GRANTED**.  Petitioner will have through March 27,

19   2017, to file a reply to the answer (ECF No. 50).

20          DATED: 1/27/17.

21

22                                                    _____

23                                                    RICHARD F. BOULWARE, II
                                                      United States District Judge

24

25

26

27

28