# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANNY ANDREW YOUNG,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00524-RFB-NJK

**ORDER**

Petitioner having filed an unopposed motion for extension of time to file reply to answer (third request) (ECF No. 57), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to file reply to answer (third request) (ECF No. 57) is **GRANTED**. Petitioner will have through May 26, 2017, to file a reply to the answer (ECF No. 50).

DATED: April 6, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge