UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG, | Case No. 2:12-cv-00524-RFB-NJK |
| *Petitioner,* | |
| v. | **ORDER** |
| BRIAN WILLIAMS, *et al.,* | |
| *Respondents*. | |

Respondents' motion for an enlargement of time (ECF No. 66) is GRANTED, and the time for respondents to file a supplemental answer in response to the Court's prior order (ECF No. 65) is extended up to and including July 3, 2019.

DATED: June 13, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge