UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG,<br>*Petitioner,*<br>v.<br>BRIAN WILLIAMS, *et al.,*<br>*Respondents*. | Case No. 2:12-cv-00524-RFB-NJK<br><br>**ORDER** |

In this represented habeas matter under 28 U.S.C. § 2254, for good cause shown or appearing to the Court *sua sponte*,

IT IS ORDERED that Petitioner's unopposed Motion for Virtual Deposition in Lieu of Live Testimony (ECF No. 77) is GRANTED, and the parties may take the virtual deposition of witness Kevin Leik for use for the evidentiary hearing.

IT FURTHER IS ORDERED that the Court expedites the briefing schedule on Petitioner's pending Motion for Client Access via Videoconference (ECF No. 79), with Respondents' response due by **5:00 p.m. on Friday, August 7, 2020**, and Petitioner's optional reply due by **5:00 p.m. on Tuesday, August 11, 2020**.

DATED: July 31, 2020.

RICHARD F. BOULWARE, II
United States District Judge

1