UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG, | Case No. 2:12-cv-00524-RFB-NJK |
| *Petitioner,* | |
| v. | **ORDER** |
| BRIAN WILLIAMS, *et al.,* | |
| *Respondents.* | |

In this represented habeas matter pursuant to 28 U.S.C. § 2254, for good cause shown,

IT IS ORDERED that Petitioner's unopposed Motion for Virtual Deposition in Lieu of Live Testimony (ECF No. 83) is GRANTED, and the parties may take the virtual deposition of witness Stacey Roundtree for use at the evidentiary hearing.

DATED: <u>August 11, 2020</u>.

_____
RICHARD F. BOULWARE, II
United States District Judge