**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

DANNY YOUNG,

    *Petitioner,*

v.

WILLIAM HUTCHINGS, et al.,

    *Respondents.*

Case No. 2:12-cv-00524-RFB-NJK

ORDER TO PRODUCE
**DANNY YOUNG #32930**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    WILLIAM HUTCHINGS, SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV

    **THE COURT HEREBY FINDS** that **DANNY YOUNG, #32930,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

    **IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **DANNY YOUNG, #32930,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom **7D,** in Las Vegas, Nevada, on or about **Wednesday, September 9, 2020, at the hour of 9:30 AM**, to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **DANNY YOUNG, #32930** is released and discharged by the said Court; and that said **DANNY YOUNG, #32930** shall

thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 23rd day of August, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**