UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG,<br>*Petitioner,*<br>v.<br>BRIAN WILLIAMS, *et al.,*<br>*Respondents*. | Case No. 2:12-cv-00524-RFB-NJK<br><br>**ORDER** |

In this habeas matter under 28 U.S.C. § 2254, for good cause shown,

IT IS ORDERED that respondents' unopposed motion for redaction of evidentiary hearing transcript (ECF No. 100) is GRANTED consistent with the remaining provisions herein, with the Court finding, in accordance with Local Rule LR IC 6-1 and the requirements of Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006), and Kasza v. Whitman, 325 F.3d 1178, 1180-81 (9th Cir. 2003), that a compelling need to protect the privacy and personal identifying information of the then-minor by the narrowly limited redactions outweighs the public interest in open access to court records, with these privacy concerns continuing into adulthood as discussed in the Court's prior order (ECF No. 74 at 47 n.32).

IT IS FURTHER ORDERED that the Clerk of Court, with the assistance of the Court Reporter as needed: (a) shall seal the original filing of the transcript docketed at ECF No. 97, shall limit public access to same accordingly, and shall make corresponding changes or additions to the docket entry reflecting the sealing and restriction on access to the unredacted transcript; (b) shall file a redacted copy of the transcript with redactions substantially corresponding to the redactions proposed in ECF 100, at 21 (transcript page

17), in a manner consistent with the customary practices of the Clerk and/or Court Reporter for such matters; (c) shall docket the redacted transcript under a new docket entry in the customary manner and with the standard provisos with regard to access to transcripts; and (d) finally, shall take such steps as in the Clerk's and the Court Reporter's discretion are necessary to ensure that general CM/ECF access to Exhibit A of ECF No. 100 does not permit circumvention of the procedures for obtaining or viewing a copy of a transcript, including potentially striking or sealing said exhibit, again in the Clerk's and the Reporter's discretion as to the exact manner of achieving that end.

DATED: October 22, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge