1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

7

DANNY ANDREW YOUNG,

Case No. 2:12-cv-00524-RFB-NJK

8

*Petitioner,*

**SUPPLEMENTAL ORDER TO
ORDER (ECF No. 105)**

9

v.

10

BRIAN WILLIAMS, *et al.,*

11

*Respondents.*

12

13

   The Court's supplements its original Order, ECF No. 105, issued January 20, 2021 is and

14

modifies the release date to be effective the date of Saturday, January 30, 2021 to the custody of

15

third-party custodian, son of petitioner, Danny Young, Jr.

16

17

   DATED: January 27, 2021.

18

19

_____

20

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28

1