UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ANDREW YOUNG,<br><br>*Petitioner,*<br><br>v.<br><br>BRIAN WILLIAMS, *et al.,*<br><br>*Respondents*. | Case No. 2:12-cv-00524-RFB-NJK<br><br>**SECOND SUPPLEMENTAL ORDER TO ORDER ECF No. 105.** |

The Court's further supplements its original Order, ECF No. 105, issued January 20, 2021 is and modifies the release date of Saturday, January 30, 2021 to the effective date of Wednesday, February 3, 2021.

The Court further imposes the following conditions to the terms of probation imposed:

1. Reside at the Residential Reentry Center – The petitioner shall maintain residence at the halfway house or community corrections center as Probation Department or supervising officer considers necessary up to 180 days or until there is a new residence as verified and approved by the Probation Department or supervising officer.

2. Mental Health Treatment – The petitioner shall participate in mental health treatment as directed by the Probation Department or supervising officer.

DATED: <u>January 28, 2021.</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1