Rene L. Valladares
Federal Public Defender
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Danny Young

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Danny Young,<br><br>   Petitioner,<br><br> v.<br><br>William Hutchings, et al.,<br><br>   Respondents. | Case No. 2:12-cv-00524-RFB-NJK<br><br>**Stipulation to modify conditions of release** |

  Counsel for Petitioner, Ron Sung, Assistant Federal Public Defender, and Counsel for Respondents, Erica Berrett, HEREBY AGREE AND STIPULATE as follows:

  On January 20, 2021, this Court granted Mr. Young's habeas petition on multiple grounds. ECF No. 105. On January 28, 2021, this Court issued a supplemental order for Mr. Young to be released on February 3, 2021 and "maintain residence at the halfway house or community corrections center as Probation Department or supervising officer considers necessary up to 180 days or until there is a new residence as verified and approved by the Probation Department or

1  supervising officer." ECF No. 109. The 180-day deadline is set to expire August 2,
2  2021. Pursuant to 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2), this Court has the
3  authority to modify the conditions of his appearance bond.
4     Mr. Young requests a 60-day extension. On April 6, 2021, the Eighth Judicial
5  District Court accepted Mr. Young's guilty plea. Sentencing for the matter is set for
6  September 2, 2021. The 60-day extension would allow Mr. Young to continue
7  residing at Residential Reentry Center through the sentencing date and any
8  potential continuances by the state court.

Dated July 28, 2021                           Dated July 28, 2021

*/s/ Ron Sung*                                */s/ Erica Berrett*
RON SUNG                                      ERICA BERRETT
Counsel for Petitioner Danny Young            Counsel for Respondents

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Danny Young,

   Petitioner,

v.

William Hutchings, et al.,

   Respondents.

Case No. 2:12-cv-00524-RFB-NJK

**Order**

  Based upon the stipulation of counsels and good cause appearing:

  It is hereby ordered that Mr. Young's conditions of release of ECF No. 109 be modified to allow him to continue residing at Residential Reentry Center for another 60 days from August 2, 2021.

  Dated this 29th day of July, 2021.

                Richard F. Boulware, II
                United States District Judge