**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY ANDREW YOUNG, | Case No. 2:12-cv-00524-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Respondents have filed a notice regarding satisfaction of judgment.  ECF No. 125.  They note that the State offered petitioner the same guilty-plea agreement that it had originally offered him, that petitioner accepted the offer, and that the trial court accepted the plea.  Id. at 1-2. Respondents ask the court to order the conditional writ satisfied, and petitioner concurs.  Id. at 2.

IT THEREFORE IS ORDERED that the conditional writ in this action is satisfied.

DATED: February 28, 2022

_____
RICHARD F. BOULWARE, II
United States District Judge